**Opinion issued August 22, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00762-CV

———————————

## HELEN MAYFIELD, Appellant

## V.

## CAPITAL ONE, NATIONAL ASSOCIATION, Appellee

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Case No. 2017-48720

## MEMORANDUM OPINION

Appellant, Helen Mayfield, has neither established indigence for purposes of appellate costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant has not responded to this Court's

notice and a clerk's record has not been filed.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.